## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

BARBARA W. BRUCE                                                                                          PLAINTIFF

V.                                                                            CIVIL ACTION NO. 5:18-cv-00085-DCB-JCG

MISSISSIPPI DIVISION OF MEDICAID;
and JOHN DOES (1-10)                                                                                   DEFENDANTS

## NOTICE OF ENTRY OF APPEARANCE

**COMES NOW**, William C. Ivison, of the law firm of ADCOCK & MORRISON, PLLC, through counsel, pursuant to the FRCP, and hereby serves notice of his representation of the Plaintiff in the above-styled and numbered cause for all purposes, including trial.

**RESPECTFULLY SUBMITTED**, this the 3rd day of October, 2018.

                                                      BARBARA W. BRUCE – *Plaintiff*

                                      By:    /s/ *William C. Ivison*
                                                William C. Ivison (MSB #104213)

OF COUNSEL:

Ken R. Adcock (MSB #1150)
William C. Ivison (MSB #104213)
ADCOCK & MORRISON, PLLC
795 Woodlands Parkway, Suite 220 (39157)
Post Office Box 3308
Ridgeland, Mississippi 39158
Telephone:      (601) 898-9887
Facsimile:        (601) 898-9860
kadcock@adcockandmorrison.com
wivison@adcockandmorrison.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

>Benny M. "Mac" May, Esq. (MSB #100108)
>Office of the Attorney General
>Civil Litigation Division
>Post Office Box 220
>Jackson, Mississippi 39205
>Telephone:	601-359-3522
>Facsimile:	601-359-2003
>bemay@ago.state.ms.us
>
>J. Chadwick Williams, Esq. (MSB #102158)
>Office of the Attorney General
>Civil Litigation Division
>Post Office Box 220
>Jackson, Mississippi 39205
>Telephone:	(601) 359-3523
>Facsimile:	(601) 359-2003
>cwill@ago.state.ms.us

*Attorneys for Defendant, Mississippi Division of Medicaid*

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:	None.

**SO CERTIFIED**, this the 3rd day of October, 2018.

>/s/ *William C. Ivison*
>William C. Ivison (MSB #104213)