UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

**BARBARA W. BRUCE**                                         **PLAINTIFF**

**VS.**                    **CIVIL ACTION NO. 5:18-CV-85-DCB-JCG**

**MISSISSIPPI DIVISION OF MEDICAID;**
**and JOHN DOES (1-10)**                                  **DEFENDANTS**

ORDER

CAME ON FOR HEARING the motion of the Mississippi Division of Medicaid ( MDOM ) to extend the deadline for filing of MDOM s rebuttal in support of its motion for summary judgment. The Court, having considered the motion, and being advised that the motion is unopposed, finds that the motion is well-taken and should be granted. It is therefore ORDERED that:

1. The deadline for MDOM to file a rebuttal in support of its motion for summary judgment is hereby extended to August 29, 2019.

SO ORDERED, this the 29th day of August, 2019.

/s/ David Bramlette

_____

UNITED STATES DISTRICT JUDGE

PREPARED BY:

Benny M. May, MSB NO. 100108

Office of the Attorney General

Civil Litigation Division

Post Office Box 220

Jackson, Mississippi 39205

Telephone: (601) 359-3680

Facsimile: (601) 359-2003

e-mail: bemay@ago.ms.gov