IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BARBARA W. BRUCE                                           PLAINTIFF

vs.                          CIVIL ACTION NO. 5:18-cv-85(DCB)(JCG)

MISSISSIPPI DIVISION OF MEDICAID;
And JOHN DOES (1-10)                                       DEFENDANTS

<u>Order</u>

Because of the exigencies resulting from the recent health situation, settings have been postponed, some indefinitely. A hearing on the Motion for Summary Judgment in this case was scheduled for the twenty fourth (24) day of March 2020. The parties have requested that the hearing be rescheduled for a later date. In order to clear our docket and to accommodate the parties, the Motion for Summary Judgment is DENIED with the understanding that the Motion may be refiled at which time the previously scheduled hearing, which has been cancelled, will be rescheduled at a time convenient for the Court and the parties. Additional briefing is not necessary.

Accordingly,

The Motion for Summary Judgment is DENIED.

IT IS SO ORDERED this the 18th day of March, 2020.

_/s/ David Bramlette_____

UNITED STATES DISTRICT JUDGE

1